## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

    vs.

JERRELL S. TYNDALL,

                 Defendant.

8:21CR43

ORDER

This matter is before the Court on the defendant's motion (Filing No. 50) requesting the Clerk of Court provide him with a copy of the docket sheet, statement of reasons, presentence investigation reports, and judgments, without payment of costs.

On August 13, 2021, the Court accepted the defendant's plea of guilty to Count I of the Indictment pursuant to a plea agreement.  (Filing Nos. 34-37).  On August 19, 2021, the Court sentenced the defendant to a term of 46 months' imprisonment, supervised release for a term of 3 years with special conditions, and a special assessment in the amount of $100.  (Filing Nos. 36-41).

Other than this motion for copies, the defendant has no motions or cases pending before this court.  The defendant does not have the right to receive copies of documents without payment, and has made no showing as to why he needs these documents.  Therefore, the Court is not inclined to order copies of the requested documents at the government's expense.  The defendant may pay for the requested copies at the established rate of 50¢ per page.  Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 50) requesting free copies is denied.

Dated this 1st day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge